AMERICAN SANITARY SALES CO., INC. v. STATE OF
NEW JERSEY, DEPARTMENT OF TREASURY,
DIVISION OF PURCHASE AND PROPERTY.

March 28, 1983.

Petition for certification denied.

STATE OF NEW JERSEY v. WADE LEWIS.

March 28, 1983.

Petition for certification denied.

STATE OF NEW JERSEY v. LEROY BUTLER.

March 28, 1983.

Petition for certification denied.

STATE OF NEW JERSEY v. GEORGE COZART.

March 28, 1983.

Petition for certification denied.